IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHEVY OLDS**                                                                                              **PLAINTIFF**

v.                             **CASE NO. 4:14CV00021 BSM**

**STATE FARM INSURANCE COMPANY et al.**                                **DEFENDANTS**

## ORDER

Plaintiff Chevy Olds's motion to remand [Doc. No. 7] is granted and this case is remanded to the Pulaski County, Arkansas Circuit Court. In support of his motion, Olds cites to his amended state court complaint, in which he states that the amount in controversy is not sufficient for diversity jurisdiction under 28 U.S.C. §1332. Defendants have not responded. Accordingly, this action is remanded.

IT IS SO ORDERED this 3rd day of February 2014.

_____
UNITED STATES DISTRICT JUDGE